UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
FEB 16 2017
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

Civil Case Number: _____

Luckson Fremond
(Write the full name of the plaintiff)

cat / div 550/1983/MIA
Case # _____
Judge _____ Mag WHITE
Motn Ifp YES Fee pd $ 0
Receipt # _____

vs.

Lee County Sheriff's Office

Sergeant Moneka

_____

_____
(Write the full name of the defendant/s in this case)

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

**I. Party Information**

A. Plaintiff: Luckson Fremond

   Address: 9286 San Carlos Blvd, Fort Myers, Fl 33967

   Inmate/Prison No.: 297625

   *Year* of Birth: 1996 (Do **not** include day or month, pursuant to Fed. R. Civ. P 5.2)

   (Write your name, address and prison/inmate number, if applicable)

vs.

B. Defendant: Lee County Sheriff's Office  Defendant: Sergeant Moneka

   Official Position: _____  Official Position: Sergeant

   Place of Employment: LCSO  Place of Employment: Lee County Sheriff's Office

   (Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and places. Each claim should be stated in a separately numbered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

(1) On 1-16-17 Between 9:30-10:30pm, I was taken out of my housing unit (T-pod) At Lee County Jail Core, By Sergeant Moheka & another male officer to be fingerprinted (2) While stepping off the elevator onto the first floor, Sergeant Moheka Agressively grabbed my wrists while handcuffed, twisting my hand Around As he walked me off the elevator (3) I was In pain & shouted for Sergeant Moheka to let go of my wrist (4) He Became Angry & Slammed my head Against the wall & told me to "shut the fuck up" (5) As the Sergeant walked me Down the hall toward Intake, he slammed my head off the wall 3-4 more times. I finally put my knee up against the wall to protect my head
(cont'd Next Page)

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

First Claim for Relief for Excessive Force: (20) As A Result of the Defendants' Conduct, Plaintiff was Subjected to Illegal Improper & Excessive force, & Caused to Sustain mental Anguish & Physical Injuries (21) As A Result of the Foregoing, Plaintiff's liberty was Restricted, he was Putting In fear for his Safety, & Subjected to Excessive force without legal justification Second Claim for Relief for municipal Liability: (22) Defendants used Excessive force Against the Plaintiff In absence of any legal justification to Do so, Notwithstanding their knowledge that Said force was

II Statement of Claim (Cont'd)

from being slammed further.

(6) The Sergeant Became Frusted & Slammed me To the Floor, Driving his knee Into may Back. The other male officer held me Down with Sergeant Moheka, when A female officer Approached (7) The female officer, unaware of the Situation, stated that they were going to send me to 5 South, the Phychiatric Unit. Sergeant Moheka then threatened to Mace me (8) the three Officers Picked me up from the floor & Proceeded to walk me to Intake. They took me Into the changing area & Ripped my clothes off of me. First my jumper was Removed, then the Sergeant Moheka used A knife to cut off my thurmal Pants & Boxer Shorts, leaving me completely Naked (9) The Officers Placed me Into A "turtle Suit" to cover me while they took me to "5 south" After leaving Intake towards 5 South I tripped fell to the ground. Moheka & the other male officer Picked me up By my handcuffs & Began carrying me. The two male officers were carrying me By my Arms & another officers may have been carrying my legs, which were no longer on the ground. The female officer, then pulled the turtle Suit off of me leaving me completely Naked once Again. (10) When Arriving at 5 South the two male officers Physically threw me onto the ground like A peace of trash while I was laying on the Ground the officers threatened the taze me if I moved off the ground (11) I was kept Isolated In 5 South For two days. The first day I was Not Even given A blanket, & left Naked with just the turtle suit. (12) When In 5 south on 1-16-17 Sergeant Scotts came to visit me when I pointed out Blood from the cuts on my shoulder caused By Sergeant Moheka. Sergeant Scotts Seemed genuinely concerned with my Injuries & sent A Nurse to see me shortly after. The Nurse cleaned my cuts & Placed Bandaids over the wounds (13) The following day on 1-17-17 I was visited By mental health Nurse. After Explaining the Details to mental health nurse, She Questioned the validity of my story

## II Statement of Claim (cont'd)

(13) Said that the Officers Informed her that "I had Injured myself". She denied my Release from Confinement In 5 South. (14) On the morning of 1-18-17 I spoke with the Same Mental health Nurse again. She continued to Insist that I Injured myself. In order to Be Released from "5 South" with the turtle Suit Being my only clothing I Sarcastically Agreed & told her what she wanted to hear (15) Prior to lunch on 1-18-17 I was Relocated to Pod-5 the housing unit I currently Reside. I Immediately filed A grievance with the jail staff (16) I haven't heard anything about my grievance until Approximately 2-2-17 In the Evening when I was called out of my housing unit to speak with an Officer. I Believe the Officers name was Velerez. He questioned me about the Incident from my Grievance & Asked what I wanted to Do. He Asked If I wanted to write A Statement and I said I did. I showed the Officer the marks on my Body from the Attack. When I tried to Explain The Story he called me A liar & told me that he would have Roughed me up to under the Same Circumstances (17) I Asked this Officer what he planned to Do About the Incident & he left the Room for About five minutes. He was frustrated when he Returned & Brought me Back to my housing unit (18) On 2-18-17 at 11:57 I Received A Response on my grievance from Lieutenant C. Trulock The Response was "I advised the Sergeant & the grievance was marked As "Not A Grievance" & was closed so I could Not Appeal the Decision (19) All of the Aforementioned Acts of Defendants, their Agents, Servants & Employees, were carried out under the color of State laws

_Continued on Next Page_

---

## IV. Jury Demand

Are you demanding a jury trial?  ✓ Yes  ___ No

Signed this 12 day of Feb, 20 17

_____
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: 2-12-17

_____
Signature of Plaintiff

## III Relief Requested (cont'D)

unnecessary & unconstitutional, & would jeopardize Plaintiff's liberty, well-being, safety & violate his constitutional rights

(23) the Acts complained of were carried out By the Aforementioned Individual Defendants In their own Capacities As Police Officers pursuant to the Customs, Policies, Usage, Practices, Procedures & Rules of Lee County Sheriffs Office, All under the supervision of Ranking Officers of said Department (24) Those Customs, Policies, Patterns & Practices Include But Are not limited to:

i. failing to take Any measures to Correct unconstitutional Behavior when Brought to the Attention of Supervisors

ii. failing to Properly train police officers In the Requirement of the United State Constitution

(25) The Aforesaid Customs, Policies, Usages, Practices, Procedures & Rules of the Lee County Sheriffs Office directly Cause the following unconstitutional Practices:

i. Using Excessive force

ii. Using Force Against Individuals where It Is Not Necessary;

iii. falsefying Evidence & testimony to Support the use of Excessive force;

iv. falsefying Evidence & testimony to Cover up police misconduct

(26) The foregoing Customs, Policies, Usages, Practices, Procedures & Rules of Lee County Sheriffs Office were the moving force Behind the Constitutional Violations Suffered By me As Alleged herein (27) As A Result of the foregoing Customs, Policies, Usages, Practices, Procedures & Rules of Lee County Sheriffs Office **I WAS** Attacked & Subject to Excessive force

(28) Defendants, Collectively & Individually, while Acting under Color of State Law were directly & actively Involved with Violating my Constitutional Rights.

## III Relief Requested (cont'D)

(29) Defendants, Collectively & Individually, while Acting under color of State law, acquiesced In A pattern of unconstitutional conduct By Subordinate Police officers, & were directly Responsible for the violation of my constitutional Rights

WHERE fore, I Respectfully Request judgment Against Defendants of Each of the foregoing causes of Action As follows:

i. An order awarding Compensatory damages In an amount to Be determined At trial;

ii. An order awarding Punitive damages In an amount to Be determined At trial.

Luckson Fremond - ID #97005
2501 Ortiz Ave
Fort Myers, Florida 33905

UNCENSORED MAIL
FROM
LEE COUNTY SHERIFF'S OFFICE
CORRECTIONS BUREAU
FT. MYERS, FLORIDA

USMS
INSPECTED

RECEIVED
FEB 2017
FT MYERS FL 339

United States District Court
Southern District of Florida
Office of the Clerk - Room 8N09
400 North Miami Avenue
Miami, Florida 33128-7716

33128七7716 C075