UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LUCKSON FREMOND,

    Plaintiff,

v.                                      Case No: 2:17-cv-203-FtM-99CM

LEE COUNTY SHERIFF'S OFFICE
and MOHEKA, Lee County
Sheriff's Office,

    Defendants.

_____

## ORDER OF DISMISSAL

Plaintiff initiated this action on February 16, 2017, by filing a 42 U.S.C. § 1983 complaint in the District Court for the Southern District of Florida (Doc. 1). The case was transferred to this Court on April 13, 2017 (Doc. 7). Plaintiff was ordered to file a motion to proceed *in forma pauperis* or pay the full filing fee by May 17, 2017 if he wished to proceed (Doc. 11). Plaintiff was cautioned that his "[f]ailure to timely comply will result in the dismissal of this case without further notice."

As of the date on this Order, Plaintiff has not filed a motion to proceed *in forma pauperis*, paid his filing fee, or asked for an extension of time to do so.

ACCORDINGLY, it is hereby

**ORDERED:**

1. The 42 U.S.C. § 1983 complaint filed by Luckson Fremond is **DISMISSED** without prejudice for failure to prosecute.[1] If Plaintiff wishes to continue with this action, he must file a new complaint in a new case. Plaintiff should not use the instant case number on any further pleadings with this Court.

2. The **Clerk of Court** is directed to terminate any pending motions, close this case, and enter judgment accordingly.

**DONE** and **ORDERED** in Fort Myers, Florida on this ___30th___ day of May, 2017.

*[signature: John E. Steele]*

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

SA: OrlP-4
Copies: Luckson Fremond

---

[1] A dismissal without prejudice does not toll any applicable statute of limitation.